Argued April 7, reversed with instructions September 24, 1969

## STATE OF OREGON, *Respondent, v.*
## VERA HUTCHINSON JOE,
### *Appellant.*

458 P2d 926

*Glenn D. Ramirez,* Klamath Falls, argued the cause for appellant. On the briefs were Ramirez & Hoots, Klamath Falls.

*James A. Sanderson,* Deputy District Attorney, Klamath Falls, argued the cause for respondent. With him on the brief were Sam A. McKeen, District Attorney, and Robert Thomas, Special Deputy District Attorney, Klamath Falls.

Before PERRY, Chief Justice, and McALLISTER, O'CONNELL, DENECKE and LANGTRY,* Justices.

---

* Langtry, J., did not participate in this decision.

PER CURIAM.

The defendant was indicted for contributing to the delinquency of a minor. The indictment charged that the defendant performed acts "which manifestly tended to cause said child to become a delinquent child." This is based upon the portion of the contributing statute (ORS 167.210) which we held to be invalid in *State v. Hodges*, 254 Or 21, 457 P2d 491 (1969).

Reversed with directions to discharge the defendant.